

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

IN RE AMERICAN INTERNATIONAL GROUP,
INC. SECURITIES LITIGATION                    04 Civ. 8141
                                              ORDER

This Document Relates To:
All Actions

------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

On August 13, 2012, the United States Court of Appeals for the Second Circuit issued an Opinion in this matter that affects the Proposed Settlement between Ohio Public Employees Retirement System ("OPERS"), State Teachers Retirement System of Ohio ("STRS Ohio"), and Ohio Police & Fire Pension Fund ("OP&F") (collectively, "Lead Plaintiffs") and Defendants General Reinsurance Corporation, Ronald E. Ferguson, John B. Houldsworth, and Richard Napier (collectively "Gen Re Defendants"). The Court found that "[b]ecause settlement eliminates the need for trial, a settlement class need not demonstrate that the fraud-on-the-market presumption applies to its claims in order to satisfy the predominance requirement" of Rule 23(b)(3). Secs. Litig. v. General Reinsurance Corp. (In re Am. Int'l Group Inc.), 689 F.3d 229, 232 (2d Cir. 2012). In its August 13, 2012 Opinion and the accompanying Mandate filed on September 10, 2012, the Circuit Court vacated this Court's denial of Class Certification, grant

of Judgment on the Pleadings, and grant of Partial Final Judgment, and remanded the case to this Court. (Id.)

Having reviewed the Parties' submissions on class certification, the Court finds that the Action meets the requirements of numerosity, commonality, typicality, and adequacy, thus satisfying the requirements Rule 23(a). The Court concludes that proceeding as a class action is superior to other available means for adjudication and, in light of the Second Circuit Opinion, it finds that the Action satisfies the predominance requirement of Rule 23(b)(3). The Court, therefore, conditionally certifies this action to proceed as a class action suit, appoints Lead Plaintiffs to serve as Class representatives, and appoints Lead Plaintiffs' Counsel to serve as Class Counsel.

The Court instructs the Parties to update the Notice, and to submit it to the Court within 14 days of the date of this Order. Upon review of the Proposed Notice, the Court will issue an Order with further instructions regarding the Notice, as well as to set a date for a Fairness Hearing on the Proposed Settlement.

SO ORDERED.

New York, New York
April 19, 2013

_Deborah A. Batts_
Deborah A. Batts
United States District Judge